IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

      vs.

JAMES TOWNSEND,

      Defendant.

:   Case No. 3:10cr210(16)

:   JUDGE WALTER H. RICE

:

:

---

### ORDER TO DESIGNATE DEFENDANT

---

It is the order of this Court that defendant, James Townsend, be designated to a facility at this time.

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

April 4, 2018

Copies to:
Counsel of record
U.S. Marshal Service